IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LIBERTY MUTUAL INSURANCE**
**COMPANY**                                                                                          **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO: 1:21-cv-254-TBM-RPM**

**UNITED STATES OF AMERICA,**
**OFFICER KENNETH SHAFFER,**
**SPECIAL, "JOHN DOE" DEBOLT**                                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This matter comes before the Court on the joint *ore tenus* motion of the parties to dismiss, with prejudice, the plaintiff's claims against Officer Kenneth Shaffer and Specialist Shoun O. Debolt. The Court, having considered the motion, finds that the motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiff's claims against Officer Kenneth Shaffer and Specialist Shoun O. Debolt are hereby dismissed with prejudice.

THIS, the 7th day of July, 2022.

_____
U.S. DISTRICT COURT JUDGE

Agreed to by:

*/s/ Brittney B. Ankersen*
*Counsel for Plaintiff*

*/s/ James E. Graves, III*
*Counsel for Defendants*