## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**LIBERTY MUTUAL INSURANCE COMPANY**                                    **PLAINTIFF**

**and**

**THE ESTATE OF**                                    **INTERVENOR PLAINTIFF**
**MICHAEL A. ANDERSEN,**
**by and through the Administrator**
**Michael S. Andersen**

**v.**                                    **CIVIL ACTION NO: 1:21-cv-254-TBM-RPM**

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

---

## ORDER

---

Considering the foregoing Unopposed Motion of Plaintiff, Liberty Mutual Insurance Company to Modify Order Approving Settlement;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Modify Order Approving Settlement is hereby **GRANTED**.

**THUS DONE AND SIGNED** this 7th day of May, 2026.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**TAYLOR B. MCNEEL**

{01568353.DOCX;1}